**FILED**

NOV 10 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ARTURO ZEPEDA-ORNELAS, ) <br> ) <br> Defendant. ) | No. 1:14-CR-00203 LJO <br><br> ORDER OF RELEASE |

The above named defendant having been sentenced on November 10, 2014, to a period of TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow. This Order in no way addresses any potential or existing Immigration or Deportation issues.

DATED: November 10, 2014

_____
HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

1